FILED

11/25/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0144

# IN THE SUPREME COURT OF THE STATE OF MONTANA

Case No. DA 24-0144

DANIEL P. KNUDSEN, ROSE E.
AYERS, ERIC DENNISON, LANCE
FRENCH, ERIK FARNHAM, and KAILA JACOBSON
As Class Representatives,

    *Plaintiffs and Appellants,*

       v.

THE UNIVERSITY OF MONTANA, a unit of the
Montana University System,

    Defendant and Appellee.

## ORDER GRANTING
## APPELLEE'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME

Appellee the University of Montana having moved for a 37-day extension of time to file its Answer Brief in this matter, the motion being unopposed, and sufficient good cause having been demonstrated,

IT IS HEREBY ORDERED that Appellee's Unopposed Motion is granted; Appellee's Answer Brief is now due on January 10, 2025.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 25 2024